IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>James Alan Austin,<br><br>            Defendant. | CR-13-1197-PHX-NVW<br>(Supervised Release Violation)<br><br>FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON ADMISSION |

TO THE HONORABLE NEIL V. WAKE, UNITED STATES DISTRICT JUDGE.

Upon Defendant's request to enter an admission to a violation(s) of supervised release, pursuant to Rule 57.6(d)(4) of the Local Rules of Criminal Procedure, this matter came on for hearing before United States Magistrate Judge Michelle H. Burns on August 17, 2017, with the written consents of Defendant, counsel for Defendant, and counsel for the United States of America.

In consideration of that hearing and the statements made by the Defendant under oath on the record, and in the presence of counsel, and the remarks of the Assistant United States Attorney and of counsel for Defendant,

(A) **I FIND** as follows:

(1) that Defendant understands the nature of the supervised release violation(s) alleged and the nature of the violation to which Defendant is admitting;

(2) that Defendant understands the right to a revocation hearing, to persist in denials, to the assistance of counsel, and appointed counsel if necessary, to confront and cross-examine

1  adverse witnesses, the right compelled self-incrimination, to testify and present evidence, and to
2  compel the attendance of witnesses;

3　　　　(3) that Defendant understands that by admitting to a supervised release violation
4  waives the right to a revocation hearing;

5　　　　(4) that Defendant understands that answers may later be used in a prosecution for
6  perjury or false statement;

7　　　　(5) that Defendant understands the maximum disposition for the supervised release
8  violation, including imprisonment, fine and supervised release, and where applicable any
9  mandatory minimum penalty; that Defendant that the disposition guidelines are advisory, not
10  mandatory, and that the disposition judge may depart from those guidelines;

11　　　　(6) that Defendant's admission to violating supervised release have been knowingly,
12  intelligently and voluntarily made and is not the result of force or threats or of promises between
13  the parties;

14　　　　(7) that Defendant is competent to admit to a supervised release violation;

15　　　　(8)  that there is a factual basis for Defendant's admission; and,

16　　　　(9) that Defendant is satisfied with the representation provided by defense counsel; and
17  further,

18　　　　(B)  **I RECOMMEND** that the Defendant's admission be accepted.

### O R D E R

IT IS ORDERED that any objection to the admission proceedings and any requests for supplementation of those proceedings must be made by the parties in writing and shall be specific as to the objections or requests made.  All objections or requests for supplementation shall be filed within fourteen (14) days of the date of service of a copy of these findings unless extended by an Order of the assigned District Judge.

IT IS FURTHER ORDERED no more than ten (10) character letters shall be submitted by defense counsel in criminal cases, unless otherwise ordered by the court.

IT IS FURTHER ORDERED original letters must be submitted by defense counsel in paper form with the original to the U.S. Probation Office and copies to the sentencing judge and opposing counsel at least five (5) business days prior to the hearing. Character letters shall not be mailed directly to the sentencing judge by any family members or other persons writing in support of the defendant. Character letters or a notice of such shall not be filed electronically unless otherwise ordered by the court.

IT IS FURTHER ORDERED that any motions for upward departure, downward departure and any disposition memoranda must be filed at least seven (7) business days prior to the disposition date. Responses are due at least three (3) business days prior to the disposition date. Any motion to continue disposition must be filed promptly upon discovery of the cause for continuance and must state the cause with specificity. Motions to continue disposition filed less than fourteen (14) days before disposition are disfavored.

DATED this 18th day of August, 2017.

_____
Michelle H. Burns
United States Magistrate Judge